UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>SYED AHMED,<br><br>       Plaintiff,<br>vs.<br><br>JANSSEN PHARMACEUTICALS, INC. and JOHNSON & JOHNSON CO.,<br>       Defendant. | MDL No. 2750<br>Master Case No.: 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN<br><br><br><br>Civil Action No.:3:16-cv-08936-BRM-LHG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiff, by and through his undersigned counsel, hereby gives notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the Defendants, JANSSEN PHARMACEUTICALS, INC. and JOHNSON & JOHNSON CO. be voluntarily dismissed from the above captioned action without prejudice.

Dated: June 1, 2017

**SO ORDERED.**

Date: June 5, 2017

*/s/  Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**

RESPECTFULLY SUBMITTED,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, New Jersey 07102
T:  (973) 639-9100
F:  (973) 639-9393
cseeger@seegerweiss.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission or Notice of Electronic Filing generated by CM/ECF.

s/ Christopher A. Seeger<br>
Christopher A. Seeger